**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| SOJOURN SHERRELL, | ) | |
| | ) | |
| Plaintiff, | ) | No.     25-cv-6458 |
| | ) | |
| v. | ) | Magistrate Judge Valdez |
| | ) | |
| CITY OF CHICAGO, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT**

The parties, by their attorneys of record, submit the following as their Joint Status Report:

1.      To complete discovery, Plaintiff needs to take depositions of the three individual Defendants.  These depositions are now scheduled to be completed by June 25, 2025.

2.      To complete discovery, Defendants need to take the deposition of Plaintiff. Defendants' counsel has provided to Plaintiff's counsel a list of possible dates in July 2026 for Plaintiff's deposition; the parties will endeavor to schedule and confirm a date for Plaintiff's deposition shortly. Depending on the results of the depositions of Plaintiff and the three individual Defendants, Defendants may need to take the deposition of Plaintiff's daughter who interacted with the three individual Defendants. Defendants need to issue a subpoena for limited records for a two-month span of time related to the lease between Plaintiff and the landlord for the residential property at issue in this case. Defendant's counsel has provided to Plaintiff's counsel a copy of the subpoena pursuant to Federal Rule of Civil Procedure 45(a)(4), Plaintiff's counsel has indicated Plaintiff does not object to the subpoena, and Defendants served the subpoena on May 22, 2026, with a production response due date of June 15, 2026.

1

3.      If Defendants seek to take the deposition of Plaintiff's minor daughter, who in fact was not present during the incident alleged in the complaint, Plaintiff will file a motion for a protective order.

4.      The parties propose that all fact discovery be completed by August 7, 2026.

5.      The parties do not anticipate the need for any expert discovery.

Dated: May 22, 2026

Respectfully Submitted,

CITY OF CHICAGO,
NICHOLAS CORTESI,
ARTURO ALEGRIA, and
RONALD KACZMAREK

By: */s/ Matthew H. Bunn*
Matthew H. Bunn

Matthew H. Bunn, Assistant Corporation Counsel
City of Chicago Department of Law
Special Federal Litigation Division
2 North LaSalle Street, Suite 420
Chicago, Illinois 60602
312-744-0226
matthew.bunn@cityofchicago.org

*Counsel for Defendants City of Chicago, Nicholas Cortesi, Arturo Alegria, and Ronald Kaczmarek*

/s/Garrett Browne
Attorney for Plaintiff
ED FOX & ASSOCIATES, LTD.
Suite 425
118 North Clinton
Chicago, IL. 60661
(312) 345-8877
gbrowne@efoxlaw.com

2